Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:24-cr-00111-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| JEREMY D. BRINKMAN, | ) | |
| Defendant. | ) | |

THE COURT has considered Jeremy Brinkman's unopposed motion to continue the trial date and extend the pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective case preparation due to the time needed for reviewing evidence, researching legal issues and defense, and overall trial preparations, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
(*U.S. v. Brinkman,* 2:24-cr-00111-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(e) the time requested between the current trial date and the new trial date is needed to provide counsel the reasonable time necessary to prepare for trial considering counsel's schedule and all the facts set forth above.

IT IS ORDERED that the unopposed motion (Dkt. 21) is GRANTED.  The trial date is continued to April 28, 2025.  All pretrial motions, including motions in limine, shall be filed no later than February 28, 2025.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of April 28, 2025, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 14th day of August, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
(*U.S. v. Brinkman,* 2:24-cr-00111-RAJ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100