The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY DAVID BRINKMAN, <br><br> Defendant. | NO. 2:24-cr-00111-RAJ <br><br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property (the "Subject Property"), which has been preliminarily forfeited by Defendant Jeremy David Brinkman:

    a.    One Samsung Galaxy S9 seized from Defendant on or about May 8, 2024.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On July 8, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting Defendant Brinkman's interest in it to the United States. Dkt. No. 34;

FINAL ORDER OF FORFEITURE - 1
*United States v. Brinkman,* 2:24-cr-00111-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C). Dkt. No. 44
- The United States sent direct notice, by means reasonably calculated to reach them, to one potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims, which was received on or about November 4, 2025. *See* Declaration of AUSA Krista K. Bush in Support of Motion for Final Order of Forfeiture, ¶ 2, Exhibit A at 16-20.
- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 30th day of December, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 2
*United States v. Brinkman,* 2:24-cr-00111-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970